ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 MAY 16 PM 1:03

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. |
| | § | 4-12CR-96-Y |
| DAVID WAYNE HATCHER (01) | § | |

# INDICTMENT

The Grand Jury Charges:

## Count One
Transporting of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1))

On or about March 23, 2011, in the Fort Worth Division of the Northern District of Texas, defendant **David Wayne Hatcher** did knowingly ship and transport by any means and facility of interstate and foreign commerce, including by computer, any visual depiction, knowing the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

Specifically, **Hatcher** used a computer and the Internet to ship and transport the following visual depictions of minors engaged in sexually explicit conduct:

| File name | Description of the image |
|---|---|
| (Frifam-Jho-Lolifuck) 8 Yo Blondie Licking 2 Big Cocks.jpg | Image depicting a minor female performing oral sexual intercourse on two adult males. |
| cp_1094.jpg | Image depicting the lewd and lascivious display of the genitals of a minor female. |

In violation of 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1).

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **David Wayne Hatcher** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, any interest in the following:

[no further text on this page]

**Indictment - Page 2**

1. One home built desktop computer containing a Maxtor 320 Gigabyte hard drive, serial number 9QF26GGH, seized pursuant to a search warrant executed on April 13, 2011, by HSI agents at **Hatcher's** home in Richland Hills, Texas.

A TRUE BILL

*Beth P. Bowman*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Aisha.Saleem@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

DAVID WAYNE HATCHER

INDICTMENT

18 U.S.C. § 2252(a)(1) and 2252(b)(1)
Transporting of a Visual Depiction of a Minor Engaged
in Sexually Explicit Conduct

18 U.S.C. § 2253
Forfeiture

A true bill rendered:

FORT WORTH                                              FOREPERSON

Filed in open court this 16th day of May, 2012.

Warrant to Issue

UNITED STATES DISTRICT JUDGE

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information |
| --- |
| **Superseding Indictment:** ☐ Yes ☒ No |
| **New Defendant:** ☒ Yes ☐ No |
| **Pending CR Case in NDTX:** ☐ Yes ☒ No |
| Search Warrant Case Number: |
| Rule 20 from District of: |
| Magistrate Case Number: |

1. **Defendant Information**

   Juvenile:   ☐ Yes  ☒ No

   Sealed:   ☐ Yes  ☒ No

   Defendant Name
   **DAVID WAYNE HATCHER (01)**
   Alias Name
   Address

2. **U.S. Attorney Information**
   AUSA   Aisha Saleem                State Bar # 00786218

3. **Interpreter**

   ☐ Yes  ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☒ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  1    ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1) | Transporting of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct | 1 |
   | 18 U.S.C. § 2253 | Forfeiture | |

   Date  05/10/2012                Signature of AUSA: *Aisha Saleem*