IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:12-CR-096-Y |
| | § | ECF |
| DAVID WAYNE HATCHER (01) | § | |

## EXPERT DESIGNATION

THE UNITED STATES OF AMERICA files this designation of expert witnesses

pursuant to the Court's scheduling order and would show the Court the following:

1.  **Patrick McGaha**
    Computer Forensic Agent
    Homeland Security Investigations
    Irving, Texas

    This witness can provide expert testimony regarding the forensic examination of

the defendant's computer and other storage media, the methods used to examine the

computer, the analysis, and the evidence obtained from the computer, hardware and

software, and other seized items.

2. 1.  **Jose Delgado**
    Computer Forensic Agent
    Homeland Security Investigations
    Irving, Texas

    This witness can provide expert testimony regarding the forensic examination of

the defendant's computer and other storage media, the methods used to examine the

computer, the analysis, and the evidence obtained from the computer, hardware and

software, and other seized items.

3. **Karl Patton**
   Adjunct Professor at Guild Hall
   Southern Methodist University
   Dallas, Texas

This witness may provide expert testimony regarding the detection of real vs.

virtual images and may also provide his conclusion about whether the charged images in

the indictment depict real individuals.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

 s/   Aisha Saleem
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile:  817.252.5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of July, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: William Biggs.

 s/  Aisha Saleem
AISHA SALEEM
Assistant United States Attorney