**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 1 8 2012

CLERK, U.S. DISTRICT COURT
By _____
            Deputy
```

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.  4:12-CR-096-Y |
| | § | **Supersedes indictment filed** |
| DAVID WAYNE HATCHER (01) | § | **May 16, 2012** |

## INDICTMENT

The Grand Jury Charges:

### Count One
Distribution of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1))

On or about March 23, 2011, in the Fort Worth Division of the Northern District of

Texas, defendant **David Wayne Hatcher** knowingly distributed by any means, including

by computer, any visual depiction using any means and facility of interstate and foreign

commerce, knowing the production of such visual depiction involves the use of a minor

engaging in sexually explicit conduct and such visual depiction is of such conduct.

Specifically, **Hatcher** used the Internet to distribute the following visual

depictions of minors engaged in sexually explicit conduct:

| File name | Description of the image |
| --- | --- |
| (Frifam-Jho-Lolifuck) 8 Yo Blondie Licking 2 Big Cocks.jpg | Image depicting a minor female performing oral sexual intercourse on two adult males. |
| cp_1094.jpg | Image depicting the lewd and lascivious display of the genitals of a minor female. |

In violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1).

Count Two
Receipt of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1))

On or about March 16, 2011, in the Fort Worth Division of the Northern District of

Texas, defendant **David Wayne Hatcher** knowingly received by any means, including by

computer, any visual depiction using any means and facility of interstate and foreign

commerce, knowing the production of such visual depiction involves the use of a minor

engaging in sexually explicit conduct and such visual depiction is of such conduct.

Specifically, **Hatcher** used the Internet to receive on his computer the following image

file:

| File name | Description of the image |
|---|---|
| C\WebCam\New folder (3)\ Kopie Von Kopie Von Kopie Von lmgsrc Ru Pthc Pedo Babyshivid Childlover Private Daughter Torpedo Ranchi Lolita - 128695744637.jpg | Lewd and lascivious exhibition of the genitals of a nude prepubescent female lying on top of the legs of a nude adult male.  The child has her legs spread apart to display her genital area, which is also touching the male's genitals. |

In violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **David Wayne Hatcher** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, any interest in the following:

[no further text on this page]

**Indictment - Page 3**

1.     One home built desktop computer containing a Maxtor 320 Gigabyte hard drive, serial number 9QF26GGH, seized pursuant to a search warrant executed on April 13, 2011 by HSI agents at Hatcher's home in Richland Hills, Texas.

A TRUE BILL

*Beth L. Bowman*

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Aisha.Saleem@usdoj.gov

**Indictment - Page 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

DAVID WAYNE HATCHER

INDICTMENT

18 U.S.C. § 2252(a)(2) and 2252(b)(1)
Distribution of a Visual Depiction of a Minor Engaged
in Sexually Explicit Conduct
(COUNT 1)

18 U.S.C. § 2252(a)(2) and 2252(b)(1)
Receipt of a Visual Depiction of a Minor Engaged
in Sexually Explicit Conduct
(COUNT 2)

18 U.S.C. § 2253
Forfeiture

A true bill rendered:

FORT WORTH                                                          FOREPERSON

Filed in open court this 18th day of July, 2012.

-----------------------------------------------------------------------------------------------

Defendant on Pretrial Release

U.S. MAGISTRATE COURT JUDGE

# ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

<table>
<tr><td colspan="2">**Related Case Information**</td></tr>
<tr><td>Superseding Indictment: ☒ Yes ☐ No</td></tr>
<tr><td>New Defendant: ☐ Yes ☒ No</td></tr>
<tr><td>Pending CR Case in NDTX: ☒ Yes ☐ No</td></tr>
<tr><td>Search Warrant Case Number:</td></tr>
<tr><td>Rule 20 from District of:</td></tr>
<tr><td>Magistrate Case Number:</td></tr>
</table>

1. **Defendant Information**

   Juvenile:   ☐ Yes   ☒ No

   Sealed:   ☐ Yes   ☒ No

   Defendant Name

   **DAVID WAYNE HATCHER (01)**
   Alias Name
   Address

   **RECEIVED**
   JUL 18 2012
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**
   AUSA   Aisha Saleem          State Bar # 00786218

3. **Interpreter**
   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**
   Arrest Date: 6/11/2012
   ☐ Federal Inmate
   ☐ Already in State Custody
   ☒ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) | Distribution of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct | 1 |
| 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) | Receipt of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct | 2 |
| 18 U.S.C. § 2253 | Forfeiture | |

Date 07/17/2012          Signature of AUSA: *Aisha Saleem*