

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 4:12-CR-096-Y (01) |
| DAVID WAYNE HATCHER | § | Supersedes indictments filed |
| | § | May 16, 2012 and July 18, 2012 |

## **INFORMATION**

The United States Attorney Charges:

<u>Count One</u>
Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about March 23, 2011, in the Fort Worth Division of the Northern District of Texas, defendant **David Wayne Hatcher** knowingly possessed matter, specifically, a desktop computer containing a Maxtor 320 Gigabyte hard drive, serial number 9QF26GGH, that contained visual depictions of minors engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

Included in the images possessed by **Hatcher** were the following two described still images visually depicting minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C.

**Information - Page 1**

§ 2256:

| File name | Description of the image |
|---|---|
| (Frifam-Jho-Lolifuck) 8 Yo Blondie Licking 2 Big Cocks.jpg | Image depicting a minor female performing oral sexual intercourse on two adult males. |
| cp_1094.jpg | Image depicting the lewd and lascivious display of the genitals of a minor female. |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

<u>Count Two</u>
Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about April 13, 2011, in the Fort Worth Division of the Northern District of Texas, defendant **David Wayne Hatcher** knowingly possessed matter, specifically, an Imation compact disk, that contained visual depictions of minors engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

Included in the images possessed by **Hatcher** were the following two described video files that visually depict minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256:

| **File name** | **Description of the image** |
|---|---|
| R@yGold Style_TVG013 (12 yrs girl really gets f—.mpg | Video file depicting digital penetration of the genital area of a nude minor female bound with a red cord and suspended from a ceiling. |
| R@ygold Style Alicia (1).mpg | Video file depicting a prepubescent nude female performing oral sexual intercourse on a nude adult male wearing a black hood. |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Aisha.Saleem@usdoj.gov